JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA 94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant ALFONSO CERVANTES REYES

FILED
FEB 13 2006
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILY TREVETHAN, ANTONIO LOZA-LOZANO, and ALFONSO CERVANTES REYES,<br><br>Defendants. | CASE NO. CR 05-00516 JF (RS)<br><br>[~~PROPOSED~~] ORDER GRANTING ALFONSO REYES' *EX PARTE* APPLICATION FOR AUTHORIZATION TO HAVE ACCESS TO AUDIO CASSETTE PLAYER & TAPES FROM DISCOVERY WHILE INCARCERATED AT THE SANTA CLARA COUNTY MAIN JAIL. |

Pursuant to Defendant Alfonso Reyes' *ex parte* application and good cause appearing herein, it is hereby ordered that the Santa Clara County Main Jail shall permit Alfonso Cervantes Reyes, booking # 0505179, and currently housed in Section C-CA-2A of the main jail in San Jose, to have possession of a portable audio cassette player which does not have a radio or a function for recording (and with the appropriate headphones/earphones), the necessary batteries, and up to 12 audio cassette tapes produced by the United States Government in discovery in this case. It is so ordered.

DATED: 2/13/06

_____
MAGISTRATE-JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

1
ORDER GRANTING ALFONSO REYES' EX PARTE APPLICATION FOR ORDER FOR TAPE PLAYER & TAPES