JOHN M. RUNFOLA SBN 96058     \*\*E-filed 2/28/07\*\*
Attorney at Law
Pier 9, Suite 100
San Francisco, California 94101
Telephone: (415) 391-4243
Facsimile: (415) 391-5161

Attorney for Defendant
ALFONSO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALFONSO CERVANTES REYES, and ) <br> ANTONIO LOZA-LOZANO ) <br> ) <br>     Defendants. ) <br> _____) | Criminal No. CR 05-00516-JF <br><br> **STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER TO CONTINUE FEBRUARY 28, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, John N. Glang, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for February 28, 2007 at 9:00 a.m.., is extended until March 14, 2007 at 9:00 a.m., or as soon thereafter as is convenient for the Court.   This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

    No party objects to the requested continuance.

//

//

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act continue to be excluded from February 28, 2007 through March 14, 2007, pursuant to 18 U.S.C. §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

**IT IS SO STIPULATED.**

Dated:   02/15/2007                                   /s/
                                                                    JOHN N. GLANG
                                                                    Counsel for Plaintiff

Dated:   02/15/2007                                   /s/
                                                                    JOHN M. RUNFOLA
                                                                    Attorney for ALFONSO C. REYES

Dated:   02/15/2007                                   /s/
                                                                    RICHARD P. POINTER
                                                                    Counsel for ANTONIO LOZA-LOZANO

**ORDER**

**IT IS SO ORDERED**

Dated:   2/28/07                                   _____
                                                                    HON. JUDGE JEREMY FOGEL
                                                                    United States District Court Judge

Stipulation and Order                                              - 2 -