**E-filed 3/13/07**

1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  ALFONSO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           Plaintiff,      v.  ALFONSO CERVANTES REYES, and ANTONIO LOZA-LOZANO,           Defendants. | Criminal No. CR 05-00516-JF  **STIPULATION AND [PROPOSED] ORDER TO CONTINUE MARCH 14, 2007 STATUS CONFERENCE AND EXCLUDE TIME** |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney, John N. Glang, counsel for the plaintiff, and below signed counsel for each of the defendants in the above mentioned case, that the status conference now scheduled for March 14, 2007 at 9:00 a.m.., is extended until April 18, 2007 at 9:00 a.m., or as soon thereafter as is convenient for the Court.   This continuance is sought by the defense in order to permit further review of discovery, continuation of on-going investigation, and consultation with the defendants.

No party objects to the requested continuance.

//

//

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2  continue to be excluded from March 14, 2007 through April 18, 2007, pursuant to 18 U.S.C.
3  §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

5    **IT IS SO STIPULATED.**

7  Dated:    03/12/2007                      /s/
              JOHN N. GLANG
              Counsel for Plaintiff

10 Dated:   03/09/2007                       /s/
              JOHN M. RUNFOLA
              Attorney for ALFONSO C. REYES

13 Dated:    03/09/2007                      /s/
              RICHARD P. POINTER
              Counsel for ANTONIO LOZA-LOZANO

17                                   **ORDER**

18    **IT IS SO ORDERED**

20 Dated:   3/13/07
              HON. JUDGE JEREMY FOGEL
              United States District Court Judge

Stipulation and Order                    - 2 -