**E-filed 4/17/07**

1  JOHN M. RUNFOLA SBN 96058
   Attorney at Law
2  Pier 9, Suite 100
   San Francisco, California 94101
3  Telephone: (415) 391-4243
   Facsimile: (415) 391-5161
4
   Attorney for Defendant
5  ALFONSO REYES

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   Criminal No. CR 05-00516-JF
12                                     )
          Plaintiff,                   )   **STIPULATION AND**
13                                     )   **[PROPOSED] ORDER TO**
       v.                              )   **CONTINUE APRIL 18, 2007**
14                                     )   **STATUS CONFERENCE AND**
   ALFONSO CERVANTES REYES, and        )   **EXCLUDE TIME**
15 ANTONIO LOZA-LOZANO                 )
                                       )
16                                     )
                                       )
17        Defendants.                  )
   _____)
18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney,

20 John N. Glang, counsel for the plaintiff, and below signed counsel for each of the defendants

21 in the above mentioned case, that the status conference now scheduled for April 18, 2007

22 at 9:00 a.m.., is extended until May 9, 2007 at 9:00 a.m., or as soon thereafter as is

23 convenient for the Court.    This continuance is sought in order to permit the continuity of

24 government counsel.

25        No party objects to the requested continuance.

26 //

27 //

28 //

1   **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act
2   continue to be excluded from April 18, 2007 through May 9, 2007, pursuant to 18 U.S.C.
3   §3161(h)(8)(A) & (B)(ii) and (iv), Local Codes T-2 and T-4.

5   **IT IS SO STIPULATED.**

7   Dated:    04/16/2007                                  _____
                                                          JOHN N. GLANG
                                                          Counsel for Plaintiff

10  Dated:   04/16/2007                                   _____/s/_____
                                                          JOHN M. RUNFOLA
                                                          Attorney for ALFONSO C. REYES

13  Dated:   04/16/2007                                   _____/s/_____
                                                          RICHARD P. POINTER
                                                          Counsel for ANTONIO LOZA-LOZANO

17                                  **ORDER**

18  **IT IS SO ORDERED**

20  Dated:    4/17/07                                     _____
                                                          HON. JUDGE JEREMY FOGEL
                                                          United States District Court Judge

Stipulation and Order                - 2 -