*efiled 12/3/07

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J STRETCH (CABN 163973)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408)-535-5084
Fax: (408)-535-5066
E-Mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANTONIO LOZA-LOZANO and ALFONSO CERVANTES REYES,<br>Defendants. | No. CR 05-00516-JF<br><br>STIPULATION AND ORDER RESCHEDULING STATUS HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by the undersigned that the status hearing in this case, currently scheduled for Wednesday, December 12, 2007 at 9:00 a.m. be vacated and rescheduled for Wednesday, January 30, 2008 at 9:00 a.m. The parties further stipulate that the court may exclude the period of time from December 12, 2007 through and including January 30, 2008 from the computation of the period of time within which the trial must commence for the reasons set forth in the proposed order below.

It is so stipulated.

Dated: ___11/28/07_______

_____/s/_________________________
JOHN N. GLANG
Assistant U.S. Attorney

Dated: ___11/28/07________

_______/s/_______________________
RICHARD P. POINTER
Attorney for Antonio Loza-Lozano

Dated: ___11/28/07________

_______/s/_______________________
JOHN M. RUNFOLA
Attorney for Alfonso Cervantes Reyes

**ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the status hearing in this case, previously scheduled for Wednesday, December 12, 2007 at 9:00 a.m., be vacated and rescheduled for Wednesday, January 30, 2008 at 9:00 a.m.

Pursuant to Title 18, United States Code, Section 3161(h), the court excludes the period of time from December 12, 2007 through and including January 30, 2008 from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. The court bases this finding on the need of the parties to conduct a settlement conference in this case with United States District Judge Ronald M. Whyte on December 12, 2007, to conduct further negotiations, and as time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

It is so ordered:

Dated: 11/30/07

_______________________________
JEREMY FOGEL
United States District Judge