**E-Filed 3/4/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO CERVANTES REYES,<br><br>　　　　　　Defendant. | Case Number CR 05-516 JF<br><br>ORDER VACATING MOTION TO PROCEED IN PRO PER ON APPEAL; AND GRANTING APPLICATION FOR COURT REPORTERS' TRANSCRIPT<br><br>[re: document nos. 161, 162 ] |

　　　　On November 12, 2008, this Court sentenced Defendant Alfonso Cervantes Reyes ("Defendant") pursuant to his guilty plea as to count 1 of the indictment, conspiracy to distribute fifty grams or more of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A)(viii). The Court sentenced Defendant to 192 months imprisonment, ten years supervised release and a $100 special assessment.  Defendant, acting pro se, filed a notice of appeal on November 19, 2008.  The Court entered judgment with respect to Defendant on November 26, 2008.

　　　　On December 12, 2008, Defendant filed a motion for leave to proceed pro se on appeal. There is no provision of the Federal Rules of Criminal Procedure or Federal Rules of Appellate Procedure requiring or permitting a criminal defendant to seek the district court's leave to proceed on appeal pro se.  Accordingly, this Court will vacate Defendant's motion seeking such

Case No. CR 05-516 JF
ORDER VACATING MOTION TO PROCEED IN PRO PER ON APPEAL; AND GRANTING APPLICATION FOR COURT REPORTERS' TRANSCRIPT
(JFLC2)

1  leave.

2        On December 16, 2008, Defendant filed an application for an order directing that he be
3  provided with a complete transcript of the proceedings in his case.  That motion will be granted.

4  **ORDER**

5    (1)    Defendant's motion for leave to proceed on appeal pro se is VACATED.

6    (2)    Defendant's motion for an order directing that he be provided with a transcript of
7          the proceedings in his case is GRANTED.  The Clerk of the Court shall provide
8          Defendant will a complete transcript of all proceedings in his case as soon as is
9          practicable.

13  DATED: 3/4/09

                                                                                                                           _____
                                                                                                                             JEREMY FOGEL
16                                                                                                   United States District Judge

Case No. CR 05-516 JF
ORDER VACATING MOTION TO PROCEED IN PRO PER ON APPEAL; AND GRANTING APPLICATION FOR COURT REPORTERS' TRANSCRIPT
(JFLC2)

Copies of Order served on:

Alfonso Cervantes Reyes # 10337-111
Federal Detention Center - Dublin
5675 8th Street, Camp Parks - J2
Dublin, CA 94568

Alfonso Reyes # 10337-111
Oklahoma City- FTC
PO Box# 898801
Oklahoma City, OK 73189

Jason de Bretteville debrettevillej@sullcrom.com, thornj@sullcrom.com

John Norman Glang John.Glang@usdoj.gov, Tracey.Andersen@usdoj.gov

Robert Jeremy Adamson adamsonrj@sullcrom.com, adamsonrj@sullcrom.com, thornj@sullcrom.com

Scott H. Frewing scott.h.frewing@bakernet.com, diane.e.pierson@bakernet.com, fsay@bakernet.com, renata.thorgersen@bakernet.com

William Michael Whelan , Jr whelanlaw@sbcglobal.net

3

Case No. CR 05-516 JF
ORDER VACATING MOTION TO PROCEED IN PRO PER ON APPEAL; AND GRANTING APPLICATION FOR COURT REPORTERS' TRANSCRIPT
(JFLC2)